IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNION PACIFIC RAILROAD CO., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-2946 |
| | § | |
| PACKWELL INC., | § | |
| | § | |
| Defendant. | § | |

## ORDER

The motion to extend the deadline for moving to reinstate this action in the event settlement is not finalized is granted. The extended deadline is October 8, 2008. If settlement cannot be consummated, a hearing will be held on **October 31, 2008, at 8:30 a.m.**

SIGNED on September 16, 2008, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge